# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-1503
Lower Tribunal No. 2015-CF-005747-A-O

———————————————

BENITO ORTA OCHOA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Marc L. Lubet, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Terri L. Backhus, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED